IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL MARLAR, | |
|---|---|
| Plaintiff, | 4:10CV3204 |
| vs. | |
| JOHNSON & JOHNSON, ORTHO-MCNEIL JANSSEN PHARMACEUTICALS, Inc.; | **ORDER** |
| Defendants. | |

Upon review of the pending motion,

IT IS ORDERED:

1) The motion to withdraw filed by Michael Khalili and the firm of Knudsen, Berkheimer, Richardson & Endacott, LLP, as counsel of record for Plaintiff Michael Marlar, (filing no. 13), is granted.

2) On or before January 6, 2015, Plaintiff Michael Marlar shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff Michael Marlar at:

   Michael Marlar
   5432 South 82nd Street
   Lincoln, NE 68516

December 5, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge